# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

**HACKS CROSS DEVELOPMENT XI, LLC**                              **PLAINTIFF**

**v.**                                  **CIVIL ACTION NO. 2:09CV00056-MPM-DAS**

**STARBUCKS CORPORATION**                                          **DEFENDANT**

## ORDER STAYING CASE

This case comes before the court pursuant to Rule 16.1(B)(2)(b) of the Uniform Local Rules for the Northern and Southern Districts of Mississippi. The rule provides that

> [a] motion to remand . . . shall stay the attorney conference and disclosure requirements and all discovery not relevant to the remand... and shall stay the parties' obligation to make disclosures pending the court's ruling on the motion.

The plaintiff filed a motion to remand [Doc. 8] this case on April 17, 2009. Accordingly, it is

**ORDERED:**

That the above mentioned proceedings are hereby **STAYED** pending a decision on the motion to remand. The parties shall notify the undersigned magistrate judge within ten (10) days of the court's ruling in the event the motion to remand is denied.

**THIS**, the 23rd day of April, 2009.

                                                                                   **/s/ David A. Sanders**
                                                                                   **U. S. MAGISTRATE JUDGE**